

1  McGREGOR W. SCOTT
   United States Attorney
2  DAWRENCE W. RICE, JR.
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
4  2500 Tulane Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARLIN, .22 CALIBER RIFLE, SERIAL NUMBER 12502467. | No. 1:06-cr-00387 AWI<br><br>GOVERNMENT'S APPLICATION AND ORDER TO DESTROY FIREARM |

## APPLICATION

On October 12, 2006, in the State and Eastern District of California, an undercover agent negotiated over the phone with Ernesto Ceja to buy 60 pounds of marijuana at $1,650 per pound. They agreed to meet later that day at a parking lot in Corcoran, California. Ernesto and his brother Jesus Ceja showed up in a pickup with the 60 pounds of marijuana and a loaded Marlin, .22 caliber rifle, bearing serial number 12502467. They were arrested and the marijuana and rifle were seized. Ernesto said he brought the rifle to the drug deal for protection.

Ernesto Ceja and Jesus Ceja pled guilty to possessing the

1

marijuana with intent to distribute in United States District Court Case Number 1:06-cr-00387 AWI and were sentenced respectively to 70 and 60 months in federal prison. They are from Mexico and in the United States in violation of United States immigration laws.

Bureau of Alcohol, Tobacco, Firearms & Explosives records show that the Marlin, .22 caliber rifle, bearing serial number 12502467, was initially sold to Ricardo Olmos Fernandez on December 15, 1988. The records check further showed that Mr. Fernandez had not reported the rifle stolen. On February 20, 2008, DEA Special Agent Peter Vainauskas located and contacted Mr. Fernandez by telephone. Mr. Fernandez denied ownership of the Marlin, .22 caliber rifle, bearing serial number 12502467, and said that he had no objection to it being destroyed.

Since Ernesto Ceja and Jesus Ceja are prohibited by law from possessing the rifle, the rifle is no longer needed as evidence, and no lawful owner can be located, the government requests a Court Order authorizing the Drug Enforcement Administration to destroy the Marlin, .22 caliber rifle, bearing serial number 12502467.

Executed on February 20, 2008, at Fresno, California.

_____
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney

ORDER

IT IS ORDERED THAT the Marlin .22 caliber rifle, bearing serial number 12502467, seized during the course of the investigation and prosecution of the above referenced case, be destroyed by the Drug Enforcement Administration.

Dated: February **20**, 2008

_____
HONORABLE SANDRA M. SNYDER
United States Magistrate Judge